<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7844**

———————

TERRANCE JONES,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, District Judge. (CR-97-943, CA-01-829-2-23)

———————

Submitted: February 14, 2002      Decided: February 26, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Terrance Jones, Appellant Pro Se. Miller Williams Shealy, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrance Jones seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jones, Nos. CR-97-943; CA-01-829-2-23 (D.S.C. filed Aug. 20, 2001 & entered Aug. 21, 2001; filed Sept. 5, 2001 & entered Sept. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2